**Armando CORONADO–FERRA,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–70639.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Alejandro Garcia, Law Offices of Alejandro Garcia, Commerce, CA, for Petitioner.

OIL, Lyle Davis Jentzer, Esquire, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

■

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Armando Coronado–Ferra, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

law, *Castillo–Cruz v. Holder*, 581 F.3d 1154, 1158–59 (9th Cir.2009), and we deny the petition for review.

The BIA properly applied the modified categorical approach in determining that Coronado–Ferra's 2008 conviction under Cal.Penal Code § 666 was a generic theft offense within the meaning of 8 U.S.C. § 1101(a)(43)(G) where the record of conviction establishes that he was not convicted of theft by false pretenses. *See Carrillo–Jaime v. Holder*, 572 F.3d 747, 751–53 (9th Cir.2009). Coronado–Ferra is therefore removable as an aggravated felon under 8 U.S.C. § 1227(A)(iii) and ineligible for cancellation of removal under 8 U.S.C. § 1229b(a)(3).

In light of our disposition, we need not reach his remaining contention.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.